IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

S.S., Natural Parent of A.S., a minor;
and D.S., Natural Parent of A.S, a Minor                     PLAINTIFFS

VS.                      3:07-CV-00124-WRW

CITY OF BONO, ARKANSAS, et al.                               DEFENDANTS

### ORDER

Pending is Defendants' Motion to Dismiss Bono Police Department (Doc. No. 4). Plaintiff has responded, and appears to concede the motion.[1]

Accordingly, Defendants' Motion to Dismiss Bono Police Department (Doc. No. 4) is GRANTED and the Bono Police Department is DISMISSED. However, the Clerk of the Court is directed to change the docket sheet to reflect that the "City of Bono, Arkansas" is a defendant in this case.

Plaintiff's Motion for Default Judgment (Doc. No. 6) against Defendant Ricky Duhon, in his individual capacity, is DENIED. However, if Defendant Ricky Duhon does not file an answer or responsive pleading by 5 p.m., Monday, January 14, 2008, he may be subject to a default judgment.

The Clerk of the Court is directed to mail a copy of this Order to: Mr. Ricky Duhon, ADC #136714, Ouachita River Unit, P.O. Box 1630, Malvern, AR 72104.

IT IS SO ORDERED this 13th day of December, 2007.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 8.