# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**S.S, Natural Parent of A.S., a minor;**
**and D.S., Natural Parent of A.S., a minor**                                                                **PLAINTIFFS**

**vs.**                                        **3:07CV00124-WRW**

**CITY OF BONO, ARKANSAS, et al**                                                                **DEFENDANTS**

## ORDER

On September 7, 2007, Plaintiffs filed this action against Defendants. Defendant Ricky Duhon was served with the Complaint and Summons on September 14, 2007, and proof of service was filed with the Court on September 19, 2007.[1]

Defendant City of Bono answered the Complaint for itself and Mr. Duhon in his official capacity only. On October 5, 2007, Plaintiffs moved for default judgment against Mr. Duhon, in his individual capacity, since he has failed to file an answer or other responsive pleadings.[2]

On December 13, 2007, an Order was entered denying Plaintiffs' motion for default judgment.[3] However, the Order warned Mr. Duhon that failing to file an answer or responsive pleading, in his individual capacity, by 5 p.m., Monday, January 14, 2008, may lead a default judgment.

To date, Mr. Duhon has not filed an answer or otherwise defended this action. Accordingly, Plaintiff's Motion for Default Judgment is now GRANTED.

---

[1] Doc. No. 2.

[2] Doc. No. 6.

[3] Doc. No. 12.

IT IS SO ORDERED 24th day of June, 2008.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE