**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

| | |
|---|---|
| S.S., Natural Parent of A.S., a Minor; and D.S., Natural Parent of A.S., a Minor | **PLAINTIFFS** |
| v.  3:07CV00124-WRW | |
| BONO POLICE DEPARTMENT, City of Bono, Arkansas; and RICKY D. DUHON, Bono Police Chief, Individually and in his Official Capacity as a Chief of Police for the Bono Police Department | **DEFENDANTS** |

**ORDER**

Pending is Defendants' Motion for Relief from Order/Reconsideration (Doc. No. 39). Plaintiffs have responded.[1]

In the Order entered on October 1, 2008, Defendants' Motion for Summary Judgment was denied. While requesting reconsideration, Defendants offer no grounds, legal or otherwise, to warrant modification of the October 1, 2008 Order. There still are genuine issues of material fact in dispute which need to be tried to a jury. Accordingly, Defendants' Motion for Relief from Order/Reconsideration (Doc. No. 39) is DENIED.

IT IS SO ORDERED this 16th day of October, 2008.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 41.