IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SS, Natural Parent of AS, a Minor, et al                                          PLAINTIFFS

   vs                                  3:07CV00124-WRW

RICKY DUHON, Bono City Police Chief,
Individually and in his Capacity as a Chief
of Police for Bono Police Department, et al                                      DEFENDANTS

## AMENDED SCHEDULING ORDER

The pending Motion to Continue filed by the defendants in the case, is GRANTED. The case is reset on the Court's trial docket to begin on Tuesday, July 14, 2009. No new deadlines are being set with the exception of the submission of an agreed set of Jury Instructions which is due on July 1, 2009.

IT IS SO ORDERED this 23rd day of October, 2008.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

amend.scho.wpd