**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**S.S., Natural Parent of A.S., a minor;
and D.S., Natural Parent of A.S, a Minor**                                            **PLAINTIFFS**

**VS.**                                           **3:07-CV-00124-WRW**

**CITY OF BONO, ARKANSAS, et al.**                                            **DEFENDANTS**

## ORDER

Plaintiffs' unopposed Motion to Substitute Party (Doc. No. 56) is GRANTED.

Accordingly, the Clerk of the Court is directed to substitute Ashley Sutfin as Plaintiff in place of "S.S., Natural Parent of A.S., a minor; and D.S., Natural Parent of A.S, a Minor."

IT IS SO ORDERED this 6th day of July, 2009.


/s/ Wm. R. Wilson, Jr._____
UNITED STATES DISTRICT JUDGE