UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM D444
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**July 7, 2009**

Mr. Jeffrey W. Puryear
Womack, Landis, Phelps & McNeill, P.A.
Post Office Box 3077
Jonesboro, AR 72403-3077

Mr. Geoffrey Thompson
Arkansas Municipal League
Post Office Box 38
North Little Rock , AR 72115-0038

    Re:   *Sutfin v. City of Bono, Arkansas*, 3:07-CV-00124-WRW
            FRE 412 Motion

Dear Counsel:

I am inclined to agree with Plaintiff's position that since Plaintiff was under age at relevant times, the questions of promiscuity, birth control, etc. are irrelevant.

Am I missing something? If you think so please give me your specific citations of authority by noon, tomorrow, July 8, 2009, with copies to opposing counsel.

However, if Plaintiff raises the issue of virginity, it seems to me that Defendants would be able to respond with appropriate evidence.

                                      Cordially,

                                      /s/ Wm. R. Wilson, Jr.

Original to the Clerk of the Court
cc:    Other Counsel of Record