IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**ASHLEY SUTFIN**                                                                 **PLAINTIFF**

**VS.**                                      **3:07-CV-00124-WRW**

**CITY OF BONO, ARKANSAS, et al.**                                **DEFENDANTS**

## ORDER

If I have time, I'll get to Defendants' Motion for Protective Order (Doc. No. 84) Tuesday morning, July 14, 2009.

IT IS SO ORDERED this 8th day of July, 2009.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE